UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cristy Li,

    Plaintiff,

    v.

Wide Open West, Inc., *et al.*,
*doing business as* Breezeline

    Defendants.

Case No. 2:25-cv-978

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge screened the Complaint in this case pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R"), recommending the Court dismiss the Complaint, without prejudice, for lack of subject-matter jurisdiction. R&R, ECF No. 7. The R&R notified Plaintiff of her right to object to that recommendation and of the consequences of failing to do so. *Id.* at 5. Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES WITHOUT PREJUDICE** the Complaint for lack of subject-matter jurisdiction. The Clerk shall terminate this case.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT